UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TYRELLE MOTRAY HENDERSON, JR.,

        Plaintiff,

Case No. 1:24-cv-1027

v.

Honorable Ray Kent

COUNTY OF KENT, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** without prejudice.

Dated:  September 30, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge